SYLVESTER v. REED, *et al.*

---

Where the judgment debtor dies, *pendente lite*, it seems useless to revive in an ordinary judgment creditor's suit. A receiver refused under such circumstances, the court considering that the complainant would have to come in with other creditors in the due course of administration.

---

*March* 12, 1839.

*Practice. Judgment creditor's bill where debtor had died. Receiver.*

JUDGMENT obtained, and bill filed thereon during the life of the debtor ; the suit was revived against his administrator and administratrix ; and a motion was now made for a receiver of the estate and effects of which he died seised or of so much as the bill covered at the time it was filed and the injunction issued.

Mr. *Charles Edwards,* for the motion.

Mr. *Ellingwood,* contra.

THE VICE-CHANCELLOR considered that he could not grant the motion, as the property of the deceased debtor would have to be disposed of in the due course of administration, according to the statute, and the judgment debtor must come in under that statute. He considered that the priority which the complainant might have gained by the filing of his bill, died with the party ; and it was useless to revive a suit in such a case.

Motion denied ; without costs.